### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEWBRIDGE SECURITIES CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:08-cv-02962 (RJS/DCF) |
| | : | |
| v. | : | **RULE 7.1 STATEMENT** |
| | : | |
| GENEREX BIOTECHNOLOGY CORPORATION, | : | |
| | : | |
| Defendant. | : | |

Defendant GENEREX BIOTECHNOLOGY CORPORATION, by its attorneys ECKERT SEAMANS CHERIN & MELLOTT, LLC**,** pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states::

1.      GENEREX BIOTECHNOLOGY CORPORATION, a publicly traded company which trades on the New York Stock Exchange under the ticker symbol GNBT, has no parent corporation which holds ten percent or more of its stock.

Dated:      White Plains, New York
            March 21, 2008

Respectfully submitted,

Eckert Seamans Cherin & Mellott, LLC

 **/s/**
Steven R. Kramer, Esq. (SRK 2097)
10 Bank Street, Suite 1061
White Plans, New York 10606
(914) 949-2909

***Attorneys for Defendant***
Generex Biotechnology Corporation

To:    George F. Meierhofer, Esq.
       Becker & Poliakoff, LLP
       Attorneys for Plaintiff
       45 Broadway, 11th Floor
       New York, New York 10006
       (212) 599-3322

**CERTIFICATE OF SERVICE**

I, Steven R. Kramer, Esquire, hereby certify that on March 21, 2007, I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served upon the following counsel of record via First Class United States Mail:

George F. Meierhofer, Esq.
BECKER & POLIAKOFF, LLP
45 Broadway, 11th Floor
New York, New York 10006
(212) 599-3322

**(Attorneys for Plaintiff)**

_____
Steven R. Kramer, Esquire (SRK 2097)