```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08
```

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

NEWBRIDGE SECURITIES CORPORATION,

                   Plaintiff,

v.

GENEREX BIOTECHNOLOGY CORPORATION,

                   Defendant.

:ECF CASE

Civil Action No. 1:08-cv-02962
(RJS/DCF)

:STIPULATION EXTENDING
:TIME TO ANSWER

---

It is hereby stipulated by and between the parties, through their respective counsel, the defendant GENEREX BIOTECHNOLOGY CORPORATION has until April 11, 2008 to answer plaintiff's Complaint.

Dated: White Plains, New York
         March 27, 2008

_____
Geraldine A. Cheverko, Esq.
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
*Attorneys for Defendant,*
*Generex Biotechnology Corporation*
Ten Bank Street, Suite 1061
White Plains, New York 10606
(914) 949-2909
(914) 949-5424 fax

_____
George F. Meierhofer, Esq.
BECKER & POLIAKOFF, LLP
*Attorneys for Plaintiffs*
45 Broadway, 11th Floor
New York, New York 10006
(212) 599-3322

SO ORDERED
Dated: 3/28/08

RICHARD J. SULLIVAN
U.S.D.J.

{V0003343.1}