IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
NEWBRIDGE SECURITIES CORPORATION,
                                  :   **ECF CASE**

            Plaintiff,         :   Civil Action No.: 1:08-cv-02962
                                    (RJS/DCF)
    - against -         :

                                  :   **STIPULATION OF**
                                        **DISCONTINUANCE**
GENEREX BIOTECHNOLOGY CORPORATION,  **WITH PREJUDICE**
                                  :

            Defendant.
------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all petitions, causes of action, motions, and temporary restraining orders asserted, obtained or sought in this action be and hereby are discontinued, and the complaint is hereby discontinued, with prejudice on the merits without costs as to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed with the Clerk of the Court without further notice to either party; and it is

**FURTHER STIPULATED AND AGREED** that a facsimile signature on this stipulation will be deemed an original and the stipulation may be signed in counterparts, which together constitute one instrument.

Dated: April 22, 2008
       New York, New York

| BECKER & POLIAKOFF, LLP | ECKERT SEAMANS CHERIN & MELLOT, LLC |
|---|---|
| _/s/ George F. Meierhofer_ (GFM-0383) | _/s/ Steven R. Kramer_ (SRK 2097) |
| George F. Meierhofer, Esq. | Steven R. Kramer, Esq. |
| 45 Broadway, 11th Floor | 10 Bank Street, Suite 1061 |
| New York, NY 10006 | White Plains, NY 10606 |
| (212) 599-3322 | 914-949-2909 |
| Fax: (212) 557-0295 | Fax: 212-542-8883 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____
U.S.D.J.